Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES SHAYLER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER, an individual, | Case No.: 2:21-cv-00569-PSG-JEM |
| Plaintiff, | Hon. Philip S. Gutierrez |
| v. | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| GEOFF VANSICKLE, an individual; JOSEPH JOHN EGERER, individually and as trustee of the JOSEPH JOHN EGERER 2002 REVOCABLE TRUST; THOMAS C. EGERER, individually and as trustee of the THOMAS C. EGERER 2002 REVOCABLE TRUST; and DOES 1-10, inclusive, | Complaint Filed: January 21, 2021 |
|  | Trial Date: None Set |
| Defendants. | |

The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: March 4, 2021                    **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr. Esq.*
         Joseph R. Manning, Jr., Esq.
         Attorneys for Plaintiff
         James Shayler

NOTICE OF SETTLEMENT